IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLAVIN IVY,** | : | CIVIL ACTION NO. 1:18-CV-1506 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SGT. JOHNSON**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 1st day of February, 2021, upon consideration of plaintiff's motion (Doc. 70) to compel discovery, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED:

1. The motion (Doc. 70) to compel is GRANTED in part and DENIED in part as follows:

    a. Plaintiff's motion to compel is GRANTED insofar as defendant Benning shall fully respond to plaintiff's interrogatories within thirty (30) days of the date of this order. All other requests for supplemental answers, documents, or challenges to defendants' objections to written discovery are DENIED as set forth in the accompanying memorandum.

    b. Plaintiff's request for his own disciplinary reports, incident reports, and evaluations is GRANTED, in part, to the extent that they relate to the events giving rise to his present claims. In all other respects, it is DENIED.

    c. Plaintiff's request for access to his own medical records is GRANTED in part and DENIED in part. He may achieve access provided, however, that he complies with the procedures prescribed by Department of Corrections. In all other respects the request is DENIED.

       d.      Plaintiff's request for access to his own mental health records is GRANTED only to the extent that the records pertain to the relevant time period, and provided that plaintiff executes a release or confidentiality agreement.

       e.      Plaintiff's motion to compel is GRANTED in part and DENIED in part with respect to his request for video footage of the chow hall, at lunch, on the a-side on August 27, 2017; video of the chow hall, at lunch, on the b-side, on August 28, 2017; video of any area from c-block to lieutenant Morton's office on August 28, 2017.  Plaintiff's motion is GRANTED only with respect to any recording of plaintiff's movement to and from said locations; and, video of plaintiff's transfer to the RHU on August 28, 2017. In all other respects, it is DENIED.

       f.      In light of the absence of any objection, plaintiff's motion to compel is GRANTED with respect to his request for information regarding the preservation of phone and video recordings of inmates at SCI-Camp Hill.

2.    Plaintiff's motions (Docs. 72, 74) for extension of time to complete discovery and to reopen discovery are GRANTED.  Discovery shall be completed on or before February 25, 2021.  Any dispositive motion shall be filed by March 29, 2021.

3.    Plaintiff's motion (Doc. 81) for reconsideration of the court order (Doc. 80) directing defendants to file a brief in opposition to plaintiff's motion to compel is DENIED.

                                                /S/ CHRISTOPHER C. CONNER  
                                                Christopher C. Conner  
                                                United States District Judge  
                                                Middle District of Pennsylvania