IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLAVIN IVY,** | : | **CIVIL ACTION NO. 1:18-CV-1506** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **SGT. JOHNSON, SGT. BENNING, RENEE ZOBITNEE, LIZHU ZHONG, ROBERT GIMBLE, LT. MORTON, ERIC FULLER, RACHAEL JONES,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of June, 2021, upon consideration of plaintiff's motion (Doc. 87) for reconsideration, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion (Doc. 87) for reconsideration is GRANTED in part and DENIED in part as follows:

    a. Plaintiff's motion for reconsideration of the court Order denying his request for information pertaining to other inmates is DENIED.

    b. Plaintiff's motion for reconsideration is GRANTED with respect to the following clarified discovery requests: the names of potential witnesses to the incident at issue, the names of plaintiff's cellmates in the Restricted Housing Unit, and a redacted shower list, showing only plaintiff's personal information.  Defendants shall provide the requested information within thirty (30) days of the date of this Order.

    c. Plaintiff's motion for reconsideration is DENIED with respect to his request for the name of every Hispanic inmate on his block.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania